AUSA

FILED

OCT 01 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Francisco GAMEZ-Salazar<br>Defendant. | Magistrate Case No.: '07 MJ 88 20<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about September 28, 2007, within the Southern District of California, defendant Francisco GAMEZ-Salazar did knowingly and intentionally import approximately 39.38 kilograms (86.63 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1 ST, DAY OF OCTOBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

I, Special Agent Frank Gonzalez, declare under penalty of perjury, the following is true and correct:

On September 28, 2007, at approximately 0807 hours, Francisco GAMEZ-Salazar entered the United States through the Calexico, California East Port of Entry. GAMEZ was the driver of a 1996 Ford Thunderbird. His ten-year-old son accompanied GAMEZ. GAMEZ stated that he was on his way to the Calexico Wal-Mart to do some shopping. GAMEZ was questioned about the ownership of the vehicle, which he responded that the vehicle belonged to him. CBP Officer Coello proceeded with the inspection and noticed the rear bumper had signs of being tamped with. CBP Officer Coello referred GAMEZ and the vehicle into the vehicle secondary lot for a more thorough inspection.

CBP Officer Gonzalez received a negative declaration from GAMEZ. GAMEZ told CBP Officer Gonzalez that he was on his way to Wal-mart and that he had purchased the vehicle approximately six months ago. During inspection, CBP Officer Gonzalez noticed tampering to the rear bumper. CBP Officer Gonzalez requested CBP Officer A. Gonzalez to screen the vehicle with his Narcotic and Human Detector Dog (NHDD) "Kevin" CF-15. CBP Officer A Gonzalez informed CBP Officer Gonzalez of a positive alert to the rear bumper of the vehicle.

CBP Officer A. Gonzalez took the vehicle to the X-Ray and anomalies were seen inside the rear bumper and behind the rear seat. Upon inspection of the vehicle it was found to contain packages concealed in both the bumper and the rear seat. One random package was removed and probed producing a green leafy substance, which field-tested positive for the presence of marijuana. CBP Officer Gonzalez placed GAMEZ under arrest

The vehicle was found to contain 18 packages of marijuana with a total weight of 39.38 kilograms.

Executed on 09/28/07 @ 7:45

FRANK GONZALEZ
SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of 1 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 28, 2007 in violation of Title 21, United States Code, Sections 952 & 960.

United States Magistrate Judge

9/29/2007 at 7:10 a.m.
Date/Time